IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11476
Summary Calendar
_____

CLYDE L. RUSSELL,

                                        Plaintiff-Appellant,

versus

TARRANT COUNTY CORRECTION FACILITY; DON WILLIAMS, Sheriff;
Lieut; HUNTER, Officer #3914; SMITH, Officer #7389; Officer
#8441,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:96-CV-723-A
- - - - - - - - - -
August 4, 1998

Before JOLLY, SMITH and WIENER, Circuit Judges.

PER CURIAM:[*]

    Clyde L. Russell, Texas prisoner #0196852, appeals the

district court's dismissal of his 42 U.S.C. § 1983 complaint as

frivolous.  He alleges that he was not afforded due process with

his disciplinary hearing and that he was not afforded access to

the courts.

    We review the district court's dismissal of Russell's § 1983

action for abuse of discretion.  See Denton v. Hernandez, 504

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

U.S. 25, 33-34 (1992). Russell has not demonstrated that the disciplinary board's sanctions against him affected the duration of his sentence or imposed a significant hardship on him in relation to the ordinary incidents of prison life, and his claims of due process violations regarding the disciplinary hearing are without merit. See Sandin v. Conner, 515 U.S. 472, 484-87 (1995). Nor has Russell established that he was unable to prepare and transmit necessary legal documents to the court or that he was prejudiced as a litigant from his alleged denial of his right of access to the courts. Brewer v. Wilinson, 3 F.3d 816, 821 (5th Cir. 1993); McDonald v. Steward, 132 F.3d 225, 230-31 (5th Cir. 1998). The district court did not abuse its discretion in dismissing Russell's § 1983 action as frivolous. The district court's judgment is AFFIRMED.

Russell's motion for leave to file a supplemental brief, in which he raises new civil rights complaints not presented to the district court, is DENIED.